UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOMINGO MORA,

                      Petitioner,

        -against-
                                          08 **CIVIL** 1935 (RMB)(DFE)

J.M. KILLIAN

                      Respondent.
------------------------------------------------------------x

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

|  |  |  |  |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
|  | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _X_ | Habeas Corpus |
|  |  | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing |  | Particular Motion: _____ |
|  |  |  | All Such Motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       March 5, 2008

                                                       **RICHARD M. BERMAN**
                                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08