

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/08

86 Chambers Street
New York, New York 10007

March 25, 2008

VIA FACSIMILE AND REGULAR MAIL
Hon. Douglas F. Eaton
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1360
New York, NY 10007

**MEMO ENDORSED**

Re:  Mora v. Killian,
     08 Civ. 1935 (RMB) (DFE)

Dear Judge Eaton:

This Office represents the respondent in the above-referenced petition for habeas corpus, in which petitioner Domingo Mora challenges the proper calculation of his good-conduct time credit. I write respectfully to request a two-week extension of time, from March 25, 2008, to April 8, 2008, to respond to the petition. This case was recently reassigned to me and I respectfully request the additional time to familiarize myself with the administrative record.

This is the Government's first request for an extension of time. Because petitioner is incarcerated and proceeding pro se, I have not attempted to obtain his consent.

I thank the Court for its consideration of this request.

3/25/08 — I grant this request. On any future letter or other document that Mr. Mora sends to the Court, he must include his signed certification that he has mailed a copy to:

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: /s/ David Bober
DAVID BOBER
Assistant United States Attorney
Telephone: (212) 637-2718

86 Chambers Street
New York, NY 10007

cc:  Domingo Mora (via regular mail)
     33172-054
     FCI-Otisville
     P.O. Box 1000
     Otisville, NY 10963

/s/ Douglas F. Eaton

TOTAL P.02