```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DOMINGO MORA,

                Petitioner,

    - against -

J. M. KILLIAN, [Warden of Federal
Correctional Institution Otisville],

                Respondent.
------------------------------------x

08 Civ. 1935(RMB)(DFE)
This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On March 5, 2008, District Judge Richard M. Berman issued an Order of Reference requesting me to write a Report and Recommendation on Mr. Mora's petition for habeas corpus under 28 U.S.C. §2241 et seq.

    By letter dated April 11, 2008, Assistant U.S. Attorney David Bober submitted the Government's response to the petition.

    I direct Mr. Mora to mail any reply to me **no later than May 12, 2008**, with his signed certification that he has mailed a copy to AUSA Bober at the address shown below.

                              /s/ Douglas F. Eaton
                              DOUGLAS F. EATON
                              United States Magistrate Judge
                              500 Pearl Street, Room 1360
                              New York, New York 10007
                              Telephone: (212) 805-6175
                              Fax: (212) 805-6181

Dated:    New York, New York
           April 14, 2008

Copies of this Memorandum and Order are being sent by mail to:

Domingo Mora
#33172-054
P.O. Box 1000
Otisville, NY 10963

-1-

USDC SDNY
DATE SCANNED 4/14/08



David Bober, Esq.
Assistant U.S. Attorney
86 Chambers Street
New York, NY 10007

Hon. Richard M. Berman

-2-

David Bober, Esq.
Assistant U.S. Attorney
86 Chambers Street
New York, NY 10007

Hon. Richard M. Berman