

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 9, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

VIA FACSIMILE AND REGULAR MAIL
Hon. Douglas F. Eaton
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1360
New York, NY 10007

Re:   Mora v. Killian,
      08 Civ. 1935 (RMB) (DFE)

Dear Judge Eaton:

This Office represents the respondent in the above-referenced petition for habeas corpus, in which petitioner Domingo Mora challenges the proper calculation of his good-conduct time credit. In a conversation with Your Honor's law clerk earlier this week, I indicated that I would reply to the April 24, 2008, letter to the Court from Mora by today. I respectfully request a one-week extension, which will allow me to consult with representatives of the Bureau of Prisons regarding issues relating to the interpretation of BOP regulations.

I thank the Court for its consideration of this request.

5/9/08 – I grant the requested extension to May 16, 2008.
*Douglas F. Eaton*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
Telephone: (212) 637-2718

cc:   Domingo Mora (via regular mail)
      33172-054
      FCI-Otisville
      P.O. Box 1000
      Otisville, NY 10963

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 5-9-08

TOTAL P.02