UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGO MORA,

                    Petitioner,         08 CIVIL 1935 (RMB)

    -against-                                   **JUDGMENT**

J.M. KILLIAN, Warden,

                    Respondent.
------------------------------------------------------------X

**SCANNED**

A petition for habeas corpus pursuant to U.S.C. § 2241 having been submitted to the Honorable Richard M Berman United States District Judge, the matter havingh been referred to the Hon. Douglas F Eaton, United States Magistrate Judge, who on Jun 3, 2008, having issued his Report and Recommendation, and the Court, on Jun 27 2008, having rendered its Decision & Order adopting the Report of Magistrate Judge Eaton, dismissing the petition for a writ of habeas corpus, denying a certificate of appealability since petitioner has not made a substantial showing of the denial of a constitutional right, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated Jan 27, 2008, the petition for a writ of habeas corpus is denied; accordingly, the Report of Magistrate Judge Eaton is adopted; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, and the case is closed.

DATED: New York, New York
            Jun 30, 2008

                                              J. MICHAEL McMAHON
                                                    Clerk of Court
                                  BY:
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____